AO 243 (Rev. 2/95)

**PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| UNITED STATES DISTRICT COURT | District **04-40085** MLW 2001 |
| --- | --- |

| Name of Movant MR Joseph SanTulli | Prisoner No. 3655005Y | Case No. Dec 9 |
| --- | --- | --- |

Place of Confinement
FEderal MEDicAl CentEr

---

UNITED STATES OF AMERICA      V.

MR. Joseph SanTulli —              (name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack UNITED STATES DISTRICT Court 2300 — U.S. Court HouSE

2. Date of judgment of conviction W AUg. 20 2000

3. Length of sentence Violation of SupeRvise RElEase

4. Nature of offense involved (all counts) Violation Of SupeRvise RElEase 6 — Month Left To DO On — 8-11 Month JAil SentEnce A SSault

5. What was your plea? (Check one)
   - (a) Not guilty ☐
   - (b) Guilty ☒
   - (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:
   Guilty OF ASSult NO BoDY InJuRy ONE CouNT - 8-monthS I HAD Been PaRole - ouT On 6 — Month - Parole - CHeck JAil RECORDs DATE. OF ARRest DEc-9 2000 THUR — MAY 5-2004

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   - (a) Jury ☐
   - (b) Judge only ☒

7. Did you testify at the trial?
   Yes ☐    No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐    No ☒

(2)

AO 243 (Rev. 2/95)

9. If you did appeal, answer the following:

   (a) Name of court _____ *LIMITED STATES DISTRICT COURT* _____

   (b) Result _____ *A I JUST Appeal - CASE* _____

   (c) Date of result _____ *NO RESULT yet* _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes ☐      No ☑

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

        (2) Nature of proceeding _____

        _____

        (3) Grounds raised _____

        _____

        _____

        _____

        _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?

            Yes ☐      No ☑

        (5) Result _____

        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court _____

        (2) Nature of proceeding _____

        _____

        (3) Grounds raised _____

        _____

        _____

        _____

(3)

:AO 243 (Rev. 2/95)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐        No ☑

(5) Result _____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

    (1) First petition, etc.        Yes ☐      No ☑
    (2) Second petition, etc.    Yes ☐      No ☑

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

I HAD JUST ARRIVE Here - AT PRison -

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

Caution:  If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(4)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(h) Denial of right of appeal.

A.    Ground one: _To Honsge United States Federal District Court Judge_

Supporting FACTS (state *briefly* without citing cases or law)
_Attention United States Attorney General
Now Comes Mr. Santull Joseph Prison No. 36-----y who is the Defendant in the Above_

B.    Ground two: _BOTTLE Entiled Course_
_And Wifor Is The as The Mount Hearin Herein_

Supporting FACTS (state *briefly* without citing cases or law) _Who Himself Pro-Se Respectfully Moves Court For Judicial Protection Against Acts Person Places Things That Violated & Violating_

C.    Ground three: _Movant Fundamental And Or Other Right or Privileges_

Supporting FACTS (state *briefly* without citing cases or law) _Movant Mr Santull is in Confinement Custody and is Entitled To His Lawful Court Release For His Sentence Has Been Fully Served_

And Movant (5) Further Contends That All Confinement Of Him

AO 243 (Rev. 2/95)

POST HIS MAXIUM RELEASE
DATED MUST BE APPLY

D.    Ground four: AS AN VIOLATION
OF 18-USC 1201-AND
OR CONSTITUION

Supporting FACTS (state *briefly* without citing cases or law) OF UNITED STATES
-)MERICA- AMENDMENT 5-2-
-14- AND AND MOVANT
- MR. SANTULI & FAMily -
- Rights - THere By -

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: WHEREFORE MOVANT RESPECTFULL
MOVES THE COURT
TO ORDER OR CAUSE
TO Be ORDER MOVANT LAWFUL
COURT RELEASE AND PASS-

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐    No ☑ - THC MAXIUM
- MAXIUM RELEASE -

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a) At preliminary hearing DATE OF MOVANT -
RELATED - RELATED OF

(b) At arraignment and plea PRISON AND COURT
RECORDS.

(c) At trial RESPECTFULLY PRESENTED -
ON MAY 25 2004-

(d) At sentencing - SIGN JOYHRIT

(6)

(e) On appeal _____ *Yu Respectfully PRE*
_____

(f) In any post-conviction proceeding _____ *AO*
_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____ *Appeal —*
_____ *New —*

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
   Yes ☐          No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
   Yes ☐          No ☐

   (a) If so, give name and location of court which imposed sentence to be served in the future: _____
   *FEDERAL COURT*
   *Lex Ky*

   (b) Give date and length of the above sentence: _____
   *PAROL 6- Month Sentin*

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes ☐          No ☑

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

*5-20-2004*
_____
(Date)

_____
Signature of Movant

(7)

01-40085

UNITED STATES DISTRICT
COURT
FOR THE BOSTON DISTRICT
OF MASS.
BOSTON DIVISION
CASE NUMBER DEC-9-2000
WARRENT
DATE.

UNITED STATES OF
AMERICA
VS
MR. Joseph SANTULI,
DEFENDANT

MOTION FOR
WRIT OF
HABEUS TO
ISSUE FOR
LAWFUL RELEASE
FROM ILLEGAL
CONVICTION.
AND ILLEGAL
SENTENCE
& ILLEGAL
COMMITMENT

NEW CRIMES:
MR. Joseph SANTULI
PRISON NUMBER
WHO IS THE DEFENDENT
*IN ABOVE ENTITLE-COURSE
MOVANT HEREIN WHO
HIMSELF-PRO-SE-
RESPECTFULLY MOVE
THE -COURT
TO ISSUE AN
OF HABES CORPUS
FOR HIS OWN
LAWFULL RELEASE
FROM HIS OWN
- ILLEGAL CONVICTION
SENTENCE COMMITMENT

04-40085MLW

MOVANT MR SANTILLI
Joseph - is PRESENTLY
HOUSE ILLEGALLY
AND AGAINST HIS WILL in
THE FEDERAL MEDICAL CENTER
DEVEN'S MASS
POST OFFICE BOX 879
- FOR INMATES 880 FOR STAFF
- Ayer MASS Zip CONT
C1432 -

THE COURT is HERETFORE
Referred TO ALL PRISON
& COURT RECORDS

RELATING TO MOVANT
MR SANTILLI & HIS COURT
CASES AND PERSONS &
PLACES AND THINGS RELATING
RELATION TO MOVANT
AND His COURT CASES
& PERSON PLACES
AND THINGS RELATING

THERETO -