UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH SANTULLI,
       Petitioner,

                                    Civil Action No. 04-40085-MLW

    v.

UNITED STATES OF AMERICA,
       Respondents.

### ORDER OF DISMISSAL

WOLF, D.J.

In accordance with this Court's order dated August 21, 2004, it is ORDERED that the within action be and it is hereby dismissed.

                                    By the Court,

                                    s/ Linn A. Weissman
                                    Deputy Clerk

Date August 23, 2004

(noticeofdismissal.wpd - 12/98)                                                        [odism.]